IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

WALTER E. ARCHER,

        Appellant,

v.

STATE OF FLORIDA,

        Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-2931

Opinion filed October 3, 2014.

An appeal from the Circuit Court for Suwannee County.
Paul S. Bryan, Judge.

Walter Archer, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Samuel A. Perrone, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

       AFFIRMED.

LEWIS, C.J., CLARK, and MARSTILLER, JJ., CONCUR.